HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HANG T. NGUYEN, | CASE NO. C11-5326RBL |
| Plaintiff, | ORDER |
| v. | |
| IBM LENDER BUSINESS PROCESS SERVICES INC., et al, | |
| Defendant. | |

THIS MATTER having come before the Court on the Motion of Defendants Seterus, Inc. ("Seterus"), Northwest Trustee Services, Inc. ("NWTS), and Federal National Mortgage Association ("FNMA"), hereinafter "Defendants," for an Order Granting Sanctions pursuant to F.R.C.P. 37(b), and the Court having considered the following:

1. Defendants' Motion;

2. Any other pleadings and documents filed separately with the Court.

The Court being fully advised of the issues presented herein, and it appearing that without good cause, Plaintiff has failed to respond to Defendants' interrogatories and requests for production dated December 20, 2011, and also failed to respond to the Court's Order Compelling

1 | Discovery.  Furthermore, without good cause, Plaintiff has failed to provide Defendants with
2 | initial disclosures as required pursuant to F.R.C.P. 26(a).  Now, therefore:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that sanctions are imposed as follows:

> $1,000.00 in sanctions from the plaintiff to the defendant which is stayed pending order to show cause why this case should not be dismissed for failure to prosecute.

Plaintiff is additionally ordered to pay attorneys' fees to Defendants for bringing a Motion to Compel, and the Motion for Sanctions, based on a cost bill to be presented later.

    ORDERED this 7th day of May, 2012.

_____
Ronald B. Leighton
United States District Judge